[No. 1445-2.  Division Two.  May 6, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN R. WATERS, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No 5433, Ted Kolbaba, J., entered May 11, 1974. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, A.C.J., and Rummel, J. Pro Tem.

[No. 1131-3.  Division Three.  May 9, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. ROYCE TERRY THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 2815, Richard G. Patrick, J., entered March 22, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 1240-3.  Division Three.  May 9, 1975.]

*In the Matter of the Welfare of* MICKY ROBIN CALLINGLAST. BERNADINE BIGSORRELHORSE, *Petitioner*, v. THE STATE OF WASHINGTON, *Respondent*.

Certiorari to review a judgment of the Superior Court for Yakima County, No. 8834, Bruce P. Hanson, J., entered June 20, 1974. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No .1660-1.  Division One.  May 12, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH HAROLD SCEELES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 58113, Charles Z. Smith, J., entered May 5, 1972. *Affirmed* by unpublished opinion per James, J., concurred in by Williams, C.J., and Andersen, J.